MINNIE ROUSE, Appellant, *v.* LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Respondent.

*Rouse* v. *Lake Shore & M. S. Ry. Co.*, 151 App. Div. 902, affirmed.
(Argued November 21, 1913; decided December 9, 1913.)

APPEAL from a judgment entered June 22, 1912, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by

the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the nonsuit granted at the Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Elijah W. Holt* for appellant.

*Thomas D. Powell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.